IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DIANE TYLER**,

        Plaintiff                    Civil No. 09-232-ST

        v.                        **JUDGMENT**

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for the calculation and award of benefits.

Dated this 15th day of June 2010.

                                              s/ Janice M. Stewart_____
                                              Janice M. Stewart
                                              United States Magistrate Judge