WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED
SEP 30 2010

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANE TYLER,**                                      CV # 09-232-ST

    Plaintiff,

vs.                                                   ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

       Attorney fees in the amount of $7,100.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

       DATED this 30th day of September, 2010.

                                                       _____
                                                        United States District / Magistrate Judge

Submitted on September 7, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1